# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>          Plaintiff,    )<br>          )<br>v.        )<br>          )<br>Bryce Michael Williams,    )<br>          )<br>          Defendant.    ) | **COURT MINUTES – CRIMINAL (via video conference)**<br>BEFORE:  David T. Schultz<br>U.S. Magistrate Judge<br><br>Case No:          20-mj-411 KMM<br>Date:             June 19, 2020<br>Court Reporter:   Tim Willette<br>Courthouse:       Minneapolis<br>                  Video Conference<br>Time Commenced:   10:01 a.m.<br>Time Concluded:   10:08 a.m.<br>Time in Court:    7 minutes |

**X** **PRELIMINARY/DETENTION HRG**
     Time in Court Prelim/Det: 1 minute/ 6 minutes

## APPEARANCES:

  Plaintiff: David Steinkamp, Assistant U.S. Attorney
  Defendant:  Ian Birrell,
          X CJA


On      X Complaint

X Defendant ordered released, see Order Setting Conditions of Release.   No bond issued.


Additional Information:


Defendant consents to this hearing via video conference.

Defendant waives preliminary hearing.   Probable cause to be submitted on the paper record.


                                                            s/Sarah Erickson
                                                    Signature of Courtroom Deputy