UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 20-CR-181 (3) (PJS/BRT)

---

United States of America,

        Plaintiff,

v.

Bryce Michael Williams,

        Defendant.

**DEFENDANT WILLIAMS SUMMARY OF CONFERENCE BETWEEN COUNSEL**

---

Undersigned counsel for Defendant Williams conferenced by email with Assistant U.S. Attorneys representing the government on September 21, 2020 and October 5, 2020 pursuant to Local Rule 12.1(b). Defense counsel identified the following motions he intended to file:

- Motion to Dismiss the Indictment
- Motion to Sever Defendant
- Motion to Suppress Search and Seizure Evidence
- Motion to Suppress Statement (with corresponding Memorandum)
- Motion for Disclosure of *Brady* and *Giglio* Materials
- Motion for Disclosure of Rule 16(a)(1)(G) Materials
- Motion for Disclosure of Rule 404(b) Evidence
- Motion for Discovery and Inspection
- Motion to Disclose Informants

- Motion to Retain Rough Notes

Respectfully submitted,

Dated:  October 5, 2020      /s/ Ian S. Birrell

Andrew S. Birrell (Attorney No. 133760)
Ian S. Birrell (Attorney No. 0396379)
Birrell Law Firm PLLC
333 South 7th Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 238-1939
andy@birrell.law | ian@birrell.law
*Attorneys for Defendant*