UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 20-CR-181 (3) (PJS/BRT)

---

United States of America,

        Plaintiff,

v.                                        **NOTICE TO MAGISTRATE JUDGE THORSON**

Bryce Michael Williams,

        Defendant.

---

    Defendant Bryce Michael Williams, through his undersigned counsel, respectfully notifies the Court that he and the government have reached an agreement to resolve the case. Counsel thus requests Mr. Williams's motion hearing be taken off the calendar and rulings on his previously-submitted motions deferred (until his change of plea hearing is held, after which they would be withdrawn).

    Thank you very much.

                                                                            Respectfully submitted,

Dated:   October 30, 2020                 /s/ Ian S. Birrell
                                                              Andrew S. Birrell (Attorney No. 133760)
                                                              Ian S. Birrell (Attorney No. 0396379)
                                                              **Birrell Law Firm PLLC**
                                                              333 South 7th Street, Suite 2350
                                                              Minneapolis, MN 55402
                                                              Phone: (612) 238-1939
                                                              andy@birrell.law | ian@birrell.law
                                                              *Attorneys for Defendant*