# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 20-CR-0181(3) (PJS/BRT) |
| Bryce Michael Williams, Defendant. | Date: November 19, 2020 |
| | Court Reporter: Debra Beauvais |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 9:15 a.m. |
| | Time Concluded: 9:52 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 37 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
  For Plaintiff:    David Steinkamp
  For Defendant:   Ian Birrell  ☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed
  Interpreter/Language: /
  ☐ Appointment of Counsel requested - ☐ granted  ☐ denied.
  ☐ Appointed

PROCEEDINGS:
  ☐ **Arraignment** on ☐ Information, ☐ Indictment
  ☒ **Change of Plea Hearing.**
  ☐ **Initial Appearance.**
  ☐ Indictment waived.
  ☐ Defendant withdraws plea of as to Count(s):

  ☒ PLEA:
      ☒ Guilty as to Count: 1
      ☐ "Nolo Contendere" as to Count(s):
      ☐ Defendant admits allegations in the Information.

  ☒ Presentence Investigation and Report requested.
  ☒ Bond continued.
  ☒ **~Util Set/Reset Hearings:** Sentencing is scheduled for Tuesday, March 9, 2021 at 9:00 a.m. before Judge Patrick J. Schiltz.
  ☐ Defendant remanded to the custody of the U.S. Marshal.

  s/C. Glover
Courtroom Deputy
