UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 20-CR-181 (3) (PJS/BRT)

United States of America,

        Plaintiff,

v.                               **DEFENDANT WILLIAMS'S MOTION FOR A DOWNWARD DEPARTURE**

Bryce Michael Williams,

        Defendant.

---

The Defendant, Bryce Michael Williams, through his undersigned counsel, respectfully moves this Court for a downward departure on the "aberrant behavior" ground, specifically that the offense was a "single criminal occurrence or single criminal transaction that (1) was committed without significant planning; (2) was of limited duration; and (3) represents a marked deviation by the defendant from an otherwise law-abiding life." U.S.S.G. § 5K2.20.

This motion is made on all the files and records in the case, the Defendant's Position Regarding Sentencing, the United States Sentencing Guidelines, and upon such other and further points and authorities as may be presented to the Court.

Respectfully submitted,

Dated: March 9, 2021

/s/ Ian S. Birrell
Andrew S. Birrell (Attorney No. 133760)
Ian S. Birrell (Attorney No. 0396379)
**Birrell Law Firm PLLC**
333 South 7th Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 238-1939
andy@birrell.law | ian@birrell.law
*Attorneys for Defendant*