October 18, 2021

Case number: 0:20-CR-00181-PJS-BRT (3)

**RECEIVED BY MAIL**
OCT 22 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Dear Judge Schiltz,

My name is Bryce M. Williams and you sentenced me to 27 months on June 7th, 2021. I am writing you today because I need your help on a situation/concern that has happened and is continually happening here at FCI Sandstone.

Even though you recommended I serve my time at FPC Duluth, the BoP placed me at FCI Sandstone to start my sentence and later be transferred to FPC Duluth after a few months. My case manager here at FCI Sandstone, J. Weber, has personally placed a Public Safety Factor on my profile preventing me from being transferred to FPC Duluth.

I asked Ms. J Weber to request a PSF Waiver for me and she told me no. I asked her why and she said it's because of what I did, regarding the protests/riots and the police station. I told her I got charged with conspiracy and she said that didn't matter because she knows what I did.

As a case manager, it is her job and duty to support, file and recommend programs on behalf of the inmates.

Public Safety Factors are placed on inmates with multiple charges, sever criminals who pose a threat to the public. I am not one of those people by far. I believe my case manager, J. Weber is using her own personal opinion and

SCANNED OCT 22 2021 U.S. DISTRICT COURT MPLS

judgement against me instead of actually looking at the person I am. She is preventing me from going to FPC Duluth on a transfer even though my computation score is 10 (11 or lower is camp points).

If I was truly a Public Safety Factor, your judgement on my sentencing would have been more severe. I was released from jail on supervised release until my sentencing and followed all expectations my probation officer gave me. I was able to self surrender to prison after sentencing. Before this charge, my criminal history points were at 0. I dedicated my time and money to support my community, the homeless and youth. I mentored troubled youth to live a better life. I was a therapist for children with autism before self surrendering. I recieved 2 college Bachelor Degrees from an accreditted business school while being a college basketball player. The prosecutor, David Steinkamp, said during sentencing that I was likely not to re-offend or commit a crime again and you did as well. You, yourself, called me a good guy who made a bad mistake. That I, indeed, did.

My time here at FCI Sandstone has made me a better man for myself and my family. I am beyond grateful for this experience/lesson because it turned me into the man I needed to be and it has only been 4 months.

I thank you for taking your time to read my letter and I would be even more grateful if you could help me

in this situation. I am not the only person here at FCI Sandstone that is being treated like this and this institution needs to be investigated for the work of their internal staff on inmates cases and treatment.

What I did was wrong, but that doesn't mean that staff use personal opinions or political beliefs to their professional work place.

I will be writing a BP-8 and a BP-9 to get this figured out the correct way. If you could do a recommendation again to Grand Prairie, TX about my PSF I would appreciate it. Thank you again. God Bless!

Bryce M Williams
*[signature]*