Bryce Michael Williams
3420 Heritage Drive Apt 307
Edina, MN 55435
763-331-5603
Bwillay14@yahoo.com



March 8th, 2024

Patrick J. Schiltz, United States District Judge
United States District Court
300 South Fourth Street
Minneapolis, MN  55415

Re: Motion for Early Termination of Supervised Release

Your Honor,
I am writing to respectfully request the early termination of my supervised release. I have completed 14 out 24 months of supervised release and have demonstrated exemplary conduct during this time.

Since the commencement of my supervised release, I have diligently adhered to all conditions imposed upon me by the court. I have consistently complied with all requirements, attended all scheduled appointments, and fulfilled all obligations without incident. Furthermore, I have maintained steady employment, actively participated in community programs, and have not been involved in any criminal activity.

I have utilized this period of supervision as an opportunity for personal growth and rehabilitation. I have taken proactive steps to address the underlying issues that led to my previous involvement with the criminal justice system. Through counseling, education, and a commitment to positive change, I have successfully reintegrated into society as a law-abiding citizen.

Moreover, I have the support of my family, friends, and community, who attest to my continued commitment to living a productive and lawful life. I have demonstrated genuine remorse for my past actions and I am dedicated to maintaining a positive trajectory moving forward.

Granting early termination of my supervised release would not only acknowledge my efforts toward rehabilitation but also allow me to fully reintegrate into society and contribute positively to my community without the burden of ongoing supervision. I can move forward and continue my restitution payments.

In light of the foregoing, I respectfully request that this honorable court grant early termination of my supervised release. I am prepared to provide any additional information or documentation that the court may require to support this request.

Thank you for your attention to this matter. I am hopeful for a favorable resolution.

Sincerely,

Bryce Williams

*Bryce Williams*