UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-0181(3) (PJS/BRT) |
| Plaintiff, | |
| v. | ORDER |
| BRYCE MICHAEL WILLIAMS, | |
| Defendant. | |

Defendant Bryce Williams pleaded guilty to conspiracy to commit arson. ECF Nos. 91, 92. He was sentenced to 27 months in prison followed by two years of supervised release and ordered to pay $12 million in restitution. ECF No. 216. This matter is before the Court on Williams's pro se motion for early termination of supervised release. ECF No. 259. Both the government and Williams's probation officer oppose his request.

Under 18 U.S.C. § 3583(e), the Court "may, after considering [certain] factors . . . terminate a term of supervised release and discharge the defendant . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *United States v. Mosby*, 719 F.3d 925, 930 (8th Cir. 2013) (quoting 18 U.S.C. § 3583(e)) (cleaned up). The Court has "'broad discretion' in this area." *Id.* (quoting *United States v. Davies*, 380 F.3d 329, 332 (8th Cir. 2004)).

Williams has been on supervised release for only about 14 months. He has done well on supervision, save for a couple of hiccups such as missing a restitution payment and failing to provide paystubs to his probation officer to confirm his employment. But given the short amount of time that Williams has been on supervision, the Court agrees with the government and his probation officer that Williams should remain on supervision for a few more months.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT defendant's pro se motion for early termination of supervised release [ECF No. 259] is DENIED.

Dated:  March 29, 2024       s/Patrick J. Schiltz
                             Patrick J. Schiltz, Chief Judge
                             United States District Court